MINUTE ENTRY
KNOWLES, M.J.
FEBRUARY 10, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NEIL SMITH                                              CIVIL ACTION

VERSUS                                                  NO. 07-3065

ALLSTATE INSURANCE COMPANY                              SECTION "N" (3)

REPORT AND RECOMMENDATION

On this date, defendant's Motion to Enforce Settlement [Doc. #9] came on for hearing before the undersigned Magistrate Judge. Present were Edward Downing for plaintiff and Christopher Lawler for defendant. The District Court referred the instant motion to the undersigned on January 22, 2010. [Doc. #14]. Pursuant to the hearing and for the reasons dictated on the record, and pursuant to the agreement of the parties, the Court issued the following recommendation, to wit:

**IT IS RECOMMENDED** that the Motion to Enforce Settlement [Doc. #9] be GRANTED. Defendant should deposit the settlement funds, in the amount of $62,500.00, into the registry of the Court.

**IT IS FURTHER RECOMMENDED** that defendant Allstate Insurance Company be dismissed with prejudice.

**IT IS FURTHER RECOMMENDED** that plaintiff notify all potential lien holders, including non-party HomEq Servicing, of the deposit into this Court's registry of the sum of

MJSTAR(00:05)

$62,500.00.

_____
**DANIEL E. KNOWLES, III
UNITED STATES MAGISTRATE JUDGE**