## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

NEIL SMITH

VERSUS

ALLSTATE INSURANCE COMPANY

CIVIL ACTION

NO. 07-3065

SECTION "N" (3)

### ORDER

The Court, having considered the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Motion to Enforce Settlement [Doc. #9] is GRANTED. Defendant shall deposit the settlement funds, in the amount of $62,500.00, into the registry of the Court.

**IT IS FURTHER ORDERED** that defendant Allstate Insurance Company be dismissed with prejudice.

**IT IS FURTHER ORDERED** that plaintiff notify all potential lien holders, including non-party HomEq Servicing, of the deposit into this Court's registry of the sum of $62,500.00.

New Orleans, Louisiana, this 10th day March, 2010.

UNITED STATES DISTRICT JUDGE